JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE SANCHEZ,<br><br>           Plaintiff,<br><br>     v.<br><br>US DEPARTMENT OF AGRICULTURE RETAILER OPERATIONS DIVISION,<br><br>           Defendant. | Case No. CV 23-0573 FMO (MARx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 12th day of June, 2023.

/s/
Fernando M. Olguin
United States District Judge